Dear Sir/Ma'am

or

Court Clerk of the Criminal Court of Appeals —

In Regards to: No. 14-13-00350-CR from RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015 14th Court of Appeals.

And

Cause# 1374815 from Abel Acosta, Clerk 179th District Court of Harris County Texas

I filed an Extension of time to file a PDR on 10 Jan 15 and the Actual PDR on 6 Feb '15 sending copies of both to Austin & Houston but I have heard absolutely nothing in response. The Direct Appeal 14-13-00350-CR was denied on 16 Dec '14

Please Respond Accordingly as I am greatly worried that my efforts; which included almost 100 produced handwritten pages making 12 copies of the PDR; A waste and for naught. Thank you for investigating this important matter.

Jason Ray Bouchard
TDCJ# 01852819
Telford unit
3899 Hwy 98
New Boston, TX 75570